# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOE HENRY MACK, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-09-3337 |
| § | |
| MICHAEL ASTRUE, § | |
| Commissioner of the Social Security § | |
| Administration, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND DISMISSING CASE

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on May 14, 2010 and made a *de novo* determination. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Based on the pleadings, the record, and the applicable law, this court adopts the Memorandum and Recommendation as this court's Memorandum and Order. This court finds and concludes that the plaintiff failed to exhaust his administrative remedies and that no basis is present to avoid the exhaustion requirement. Accordingly, it is ordered that the defendant's motion to dismiss is granted. An order of dismissal is separately entered.

SIGNED on June 2, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge