IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HENRY MACK, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-09-3337 |
| | § |
| MICHAEL ASTRUE, | § |
| Commissioner of the Social Security | § |
| Administration, | § |
| | § |
| Defendant. | § |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Recommendation of even date, this action is dismissed.

SIGNED on June 2, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge